**EXHIBIT F**

> At an I.A.S. Trial Term, Part ___ of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the ___ day of ___ 20___

P R E S E N T :

Hon. _____
                    Justice.

*March 9, 2017*

---

*Instant Funding*                     Plaintiff(s)

Cal. No. **6**
Index No. **505342/2013**

- against -

*Dennis Manuel*
                                      Defendant(s)

**STIPULATION between parties**

The following papers numbered 1 to ___ read on this motion        Papers Numbered
Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed_____
Answering Affidavit (Affirmation)_____
Reply Affidavit (Affirmation)_____
_____Affidavit (Affirmation)_____
Pleadings - Exhibits_____
Stipulations - Minutes_____
Filed Papers_____

It is hereby stipulated and agreed, by and between the undersigned, that Defendant's motion which seeks an order vacating the Judgment of foreclosure and sale and/or to dismiss action, brought by Order to Show Cause signed by Justice Partnow on 7/27/16, is hereby resolved under the following terms:

(1) Defendant's motion is hereby withdrawn, and Defendant waives the defense of lack of personal jurisdiction

For Clerks use only
MG___
MD___
Motion Seq. #

                                                E N T E R

                                                _____
                                                        J.S.C.

EJV-rev 11-04

**PAGE 2**

INDEX# 505342/2013    DATE March 9, 2017

PLAINTIFF Instant Funding  vs  DEFENDANT Dennis Manuel

(2) The Judgment of foreclosure and sale signed by Justice Jimenez-Salta on October 28, 2015, is valid, and Defendant waives or withdraws any defenses thereto.

(3) Plaintiff shall take no action to schedule a new foreclosure sale or to otherwise enforce the Judgment until October 1, 2017.

(4) Notice of any new foreclosure sale shall be sent to Defendant's counsel by regular mail, and to Defendant Dennis Manuel by ~~certified mail, and plaintiff shall obtain a certificate of mailing same to Defendant~~ first class mail with certificate of mailing. Defendant's counsel shall also be notified by e-mail.

_____    _____    _____
Gerald Ritz Esq.             Clover Barrett, Esq.          Dennis Manuel
Stein, Wiener + Roth LLP     Clover Barrett + Associates, PC   Defendant
Attys for Plaintiff          Atty for Defendant
                             Dennis Manuel

ENTERED/SO ORDERED

_____
JSC

**PAGE 2**