UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:                                                                  Case No. 17-46069-nhl

Dennis Manuel                                                    Chapter 13
*dba* 224 Bergen Bonds Nevins Corp

               Debtor.
_____

## ORDER TERMINATING LOSS MITIGATION

**Name of Creditor**: Ditech Financial LLC

**Property Address**: 224 Bergen Street, Brooklyn, NY 11217

**Last Four Digits of Account Number of Loan**: 4980

**File Date of Loss Mitigation request**: 02/13/18

**Date of Entry of Loss Mitigation Order**: 03/13/18

**Date of Entry of Order Approving Settlement (*if any*)**: n/a

**Other Requests for Loss Mitigation in this Case**: None

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following:

- ☐ Loan modification
- ☐ Short sale
- ☐ Surrender of Property
- ☐ X No Agreement has been reached
- ☐ Other

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



Dated: May 18, 2018
Brooklyn, New York

                                              /s/ Nancy Hershey Lord
                                            **Nancy Hershey Lord**
                                            **United States Bankruptcy Judge**